**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF NORTH DAKOTA**
**SOUTHWESTERN DIVISION**

| | |
|---|---|
| Encore Operating LP and William A. Stewart d/b/a William A. Stewart & Associates,        )<br>)<br>)<br>)<br>Plaintiffs,        )<br>)<br>vs.        )<br>)<br>Stephen Morris, Blue Diamond LLC, Terina Bailey, Joann Nelson, and Panda Petroleum, Inc.,        )<br>)<br>)<br>)<br>Defendants.        ) | **ORDER FOR ADMISSION PRO HAC VICE**<br><br>Case No. 1:06-cv-086 |

Before the court is a Motion for attorney Bryan P. Wilson to Appear Pro Hac Vice on behalf of the Plaintiffs in the above-entitled action. In accordance with Local Rule 79.1(D), Mr. Wilson has agreed to submit to the Local Rules of the United States District Court for the District of North Dakota and to the jurisdiction of this court in matters of discipline. He has also paid the required admission fee to the office of the clerk. Accordingly, the motion (Docket No.8) is **GRANTED**. Attorney Bryan P. Wilson is admitted to practice before this court in the above captioned proceeding on behalf of the Plaintiffs.

Dated this 5nd day of December, 2006.

*/s/ Charles S. Miller, Jr.*
Charles S. Miller, Jr.
United State Magistrate Judge