# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NORTH DAKOTA
# SOUTHWESTERN DIVISION

| | | |
|---|---|---|
| Encore Operating LP and William A. Stewart d/b/a William A. Stewart & Associates, | ) ) ) ) | **ORDER DENYING PLAINTIFFS' MOTION TO STRIKE** |
| Plaintiffs, | ) ) | |
| vs. | ) ) ) | |
| Stephen Morris, Blue Diamond LLC, Terina Bailey, Joann Nelson, and Panda Petroleum, Inc., | ) ) ) ) | Case No. 1:06-cv-086 |
| Defendants. | ) | |

Before the Court is the Plaintiff's Motion to Strike filed on January 8, 2007. At a show cause hearing on January 9, 2007, the Court **DENIED** the motion. (Docket No. 52). The Plaintiffs shall have until noon on Thursday, January 11, 2007, to file a reply to the motion for a preliminary injunction.

**IT IS SO ORDERED.**

Dated this 10th day of January, 2007.

*/s/ Daniel L. Hovland*
Daniel L. Hovland, Chief Judge
United States District Court

1