**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NORTH DAKOTA
SOUTHWESTERN DIVISION**

| | |
|---|---|
| Encore Operating LP and William A. Stewart d/b/a William A. Stewart & Associates,  )<br>)<br>)<br>)<br>Plaintiffs,  )<br>)<br>)<br>vs.  )<br>)<br>Stephen Morris, Blue Diamond LLC, )<br>Ternia Bailey, Joann Nelson, and Panda )<br>Petroleum, Inc.,  )<br>)<br>Defendants;  )<br>)<br>Stephen Morris, Blue Diamond LLC, Terina)<br>Bailey and Joann Nelson,  )<br>)<br>Third-Party Plaintiffs,  )<br>)<br>vs.  )<br>)<br>Scott Schroeder,  )<br>)<br>Third-Party Defendant.  ) | **ORDER EXTENDING THE TEMPORARY RESTRAINING ORDER AGAINST PANDA PETROLEUM**<br><br><br><br><br><br>Case No. 1:06-cv-086 |

At the show cause hearing on January 10, 2007, the Court inquired into whether Encore Operating LP and Panda Petroleum, Inc. would stipulate to an additional extension of the Court's December 19, 2006, Order Extending Ex Parte Temporary Restraining Order until January 26, 2007. Encore stipulated to an extension on the record, and counsel for Panda Petroleum indicated he would have to inquire with his client before responding to the request. On January 11, 2006, Panda Petroleum filed a Stipulation to Extend Temporary Restraining Order. Docket No. 64. **IT IS ORDERED** that the Court's December 19, 2006, Order Extending Ex Parte Temporary

Restraining Order is extended and shall remain in effect as to Panda Petroleum, Inc. until further order of the Court or until Friday, January 26, 2007.

Dated this 12th day of January, 2007.

*/s/  Daniel L. Hovland*
Daniel L. Hovland, Chief Judge
United States District Court
