**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NORTH DAKOTA
SOUTHWESTERN DIVISION**

| | | |
|---|---|---|
| Encore Operating LP and William A. Stewart d/b/a William A. Stewart & Associates, | ) ) ) ) | |
| Plaintiffs, | ) ) | **ORDER** |
| vs. | ) ) | |
| Stephen Morris, Blue Diamond LLC, Terina Bailey, Joann Nelson, and Panda Petroleum, Inc., | ) ) ) ) | |
| Defendants; _____ | ) ) ) | Case No. 1:06-cv-086 |
| Stephen Morris, Blue Diamond LLC, Terina Bailey and Joann Nelson, | ) ) ) | |
| Third-Party Plaintiffs, | ) ) | |
| vs. | ) ) | |
| Scott Schroeder, | ) ) | |
| Third-Party Defendant. _____ | ) ) | |

| | |
|---|---|
| Encore Operating LP and William A. Stewart d/b/a William A. Stewart & Associates, )<br>)<br>)<br>)<br>    Plaintiffs, )<br>)<br>  vs. )<br>)<br>Evertson Operating Company, Inc., Evertson Well Service, Inc., Evertson Exploration, LLC, Evertson Oil Company, Inc., Evertson Limited Family Partnership, Evertson Management, Inc., Evertson Energy Partners, LLC, Evertson Energy Partners Royalty, LLC, Castronics, Inc., and Everair, LLC, )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>    Defendants. ) | Case No. 1:06-cv-088 |

On September 21, 2007, (Docket No. 87), the Plaintiffs filed a Motion to Dismiss its Complaint Against the Defendant, Panda Petroleum, Inc. On October 3, 2007, the parties filed a "Stipulation for Extension of Time to File Response" (Docket No. 90) and requested that the defendant have until October 10, 2007, to file a response to the pending motion.

The Court **ADOPTS** the parties' Stipulation. The defendant, Panda Petroleum, Inc., shall have until Friday, October 12, 2007, to file a response to the plaintiffs' motion.

**IT IS SO ORDERED.**

Dated this 4th day of October, 2007.

*/s/ Daniel L. Hovland*
Daniel L. Hovland, Chief Judge
United States District Court